UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION at PIKEVILLE

DEVON LEE STEPHENS,

    Plaintiff,

V.

WARDEN GREGORY KIZZIAH, et al.,

    Defendants.

Civil Action No. 7: 17-40-KKC

**JUDGMENT**

\*\*\* \*\*\* \*\*\* \*\*\*

Consistent with the Memorandum Opinion and Order entered this date, and pursuant to Federal Rule of Civil Procedure 58 it is **ORDERED** and **ADJUDGED** as follows:

1. Plaintiff Devon Lee Stephens's complaint [R. 1] is **DISMISSED WITH PREJUDICE** with respect to all issues raised in this proceeding.

2. Judgment is **ENTERED** in favor of the defendants.

3. This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

Dated February 20, 2018.

KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY